# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos. 1D2023-2254
1D2023-2255
(Consolidated for disposition)

_____

D.D.G.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Thomas Williams, Judge.

September 4, 2024

PER CURIAM.

AFFIRMED. *See O.L. v. State*, 310 So. 3d 419, 421 (Fla. 4th DCA 2021) (holding that a juvenile court is not required to make findings required by *E.A.R. v. State*, 4 So. 3d 614 (Fla. 2009), "before sentencing Appellant to non-secure commitment").

ROWE, WINOKUR, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica J. Yeary, Public Defender, and Olivia D. Ingram, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.